**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**HENRY VONTEZ AKINS,**

**Defendant.**                                                    **Case No. 12-cr-30284-DRH**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On June 5, 2013, this court entered an order for forfeiture against defendant

Henry Vontez Akins for the following property which had been seized from the

defendant:

> **One Glock, Inc., Model 19, 9x19 caliber semi-automatic pistol, bearing**
> **serial number TBW 478, with magazine and ten live 9mm rounds of**
> **ammunition.**

The order further provided that the government would provide an

opportunity for persons to claim a legal interest in the property pursuant to 21

U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official

government website, www.forfeiture.gov, for 30 consecutive days beginning July

20, 2013, and ending August 18, 2013, and that no third party filed a petition

within 30 days after the last date of the publication to allege an interest in the

property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 5, 2013, namely:

> **One Glock, Inc., Model 19, 9x19 caliber semi-automatic pistol, bearing serial number TBW 478, with magazine and ten live 9mm rounds of ammunition.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 9th day of December, 2013.

David R. Herndon
2013.12.09
10:33:48 -06'00'

**Chief Judge**
**United States District Court**